Prob 12B

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | JAIME ZAMORA |
| **Docket Number:** | 1:96CR05098-001 OWW |
| **Name of Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Date of Original Sentence:** | January 6, 1997 |
| **Original Offense:** | 21 USC 841(a)(1) and 846, Conspiracy to Distribute and Possess With the Intent to Distribute Heroin; and 21 USC 853, Criminal Forfeiture. |
| **Original Sentence:** | 87 months BOP; 60 months supervised release; $50 SA; and mandatory testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Drug and alcohol counseling. |
| **Other Court Action:** | |
| <u>**12/09/2002:**</u> | Probation Form 12A1, Report and Recommendation of Offender Non-Compliance, filed with the Court, based on the offender's positive drug test for alcohol. |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | June 7, 2002 |

RE:     ZAMORA, Jaime
        Docket Number:  1:96CR05098-001 OWW

## PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

**The defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed four (4) tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).**

## JUSTIFICATION

The defendant is currently being supervised in the Central District of California (CD/CA). The CD/CA probation office is requesting that the above-referenced condition be added to the defendant's supervised release conditions based upon the Ninth Circuit Court of Appeals' finding in *United States v. Stephens (9th Cir. 2005)*. In *United States v. Stephens*, the Court limited the probation officer three random tests outside of treatment. However, the defendant's drug history warrants continued monitoring for return to illicit drugs.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726


**DATED:**     July 29, 2006
               Fresno, CA


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

**RE:    ZAMORA, Jaime**
       **Docket Number:  1:96CR05098-001 OWW**

---

**THE COURT ORDERS:**

[X]    **Modification approved as recommended.**

[ ]    **Modification not approved at this time.  Probation Officer to contact Court.**

IT IS SO ORDERED.

**Dated:**   **July 29, 2006**                             /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE